## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

Morgan Pankratz,

      Plaintiff,

      -vs-

Day & Ross USA, Inc., et al.,

      Defendants.

Case No. 1:24-cv-2035

**JUDGE PAMELA A. BARKER**

**JUDGEMENT ENTRY**

For the reasons stated in the Memorandum Opinion and Order issued on June 8, 2026 (Doc. No. 27), the Court GRANTS Defendants Day & Ross USA, Inc., Devante Jonqui, and A&S Services Group, LLC's Motion for Summary Judgment (Doc. No. 21) and DISMISSES WITH PREJUDICE the above-entitled action.  (Doc. No. 13).  This case is hereby TERMINATED.

      **IT IS SO ORDERED.**

      *s/Pamela A. Barker*

      PAMELA A. BARKER

Date:  June 8, 2026      U.S. DISTRICT JUDGE